ORIGINAL FILED

'08 APR -3 P 1:28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  PAMELA L. COX (State Bar No. 191883)
   **HEMAR, ROUSSO & HEALD, LLP**
2  15910 Ventura Boulevard, 12th Floor
   Encino, California 91436
3  (818) 501-3800; (818) 501-2985 (Fax)
   e-mail: pcox@hemar-rousso.com
4  Refer to File Number: 3968-20080200-PLC

5  Attorneys for Defendant
   FIRST FEDERAL BANK OF CALIFORNIA

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

C08  01796

| | |
|---|---|
| DEBORAH E. JOHNSON and GERALD D. JOHNSON, | CASE NO: |
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| vs. | |
| FIRST FEDERAL BANK OF CALIFORNIA, | |
| Defendant. | |

**TO THE COURT AND ALL INTERESTED PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that the following case is related to this action: DEBORAH E. JOHNSON and GERALD D. JOHNSON v. FIRST FEDERAL BANK OF CALIFORNIA, Case Number C08 00264 PVT, filed on January 15, 2008 in the United States District Court, Northern District of California, San Jose Division (the "Pending Federal Action"). These cases are related because the amended complaint filed in the Pending Federal Action is virtually identical to this action and contains the same allegations as those set forth therein. The Pending Federal Action involves the exact same

---

NOTICE OF RELATED CASE
1

1 parties, the same causes of action, the same facts and the same requests for relief as this
2 action. Both cases allege that First Federal Bank engaged in predatory lending practices
3 under the TILA and HOEPA by failing to provide the requisite disclosures, failing to
4 provide Plaintiff Gerald Johnson with the right to rescind the loan at issue, and
5 foreclosing upon a security instrument that was obtained by fraud. Both actions involve
6 the same loan transaction secured by the same real property.

8 DATED: April 2, 2008        HEMAR, ROUSSO & HEALD, LLP

By: /s/ Pamela L. Cox
PAMELA L. COX
Attorneys for Defendant
FIRST FEDERAL BANK OF
CALIFORNIA

---

**NOTICE OF RELATED CASE**
2