|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

DEBORAH E. JOHNSON AND GERALD D. JOHNSON, )
                Plaintiffs, )
    v. )
FIRST FEDERAL BANK OF CALIFORNIA, )
               Defendant. )

Case No.: C 08-01796 PVT

**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"**

On April 2, 2008, defendant First Federal Bank of California noticed the removal of the above-captioned action and on April 8, 2008, defendants Deborah E. Johnson and Gerald D. Johnson filed their opposition to the removal and further moved for partial remand.[1] This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion for partial remand, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than April 25, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

---

[1] On April 14, 2008, this action was related to another case, which is styled as Deborah E. Johnson and Gerald D. Johnson v. First Federal Bank of California, Case No. 08-00264 PVT.

ORDER, *page 1*

1 | Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's
2 | website at www.cand.uscourts.gov.
3 | Dated: *April 15, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*

1  Copies of order mailed on April 15, 2008 to the following:

2  Deborah E. Johnson
   PO Box 4448
3  Carmel, CA 93921-4448

4  Gerald D. Johnson
   PO Box 4448
5  Carmel, CA 93921-4448

6

7  _____EHP_____
   Chambers of U.S. Magistrate Judge
   Patricia V. Trumbull

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*