1
2
| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** |

3
4  DEBORAH E. JOHNSON AND GERALD     C 08-01796 PVT
   D. JOHNSON,
5       *Plaintiff(s),*
                                              **CLERK'S NOTICE SCHEDULING**
6                                             **CASE MANAGEMENT CONFERENCE**

7  *vs.*

8  FIRST FEDERAL BANK OF CALIFORNIA,

9       *Defendant(s).*

10

11      Please take notice that a Case Management Conference is scheduled for **August 19,**

12 **2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to appear in courtroom

13 #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

14

15                              /s/ Corinne Lew
   Dated: April 16, 2008
16                              Corinne Lew
                                DEPUTY CLERK

Copies mailed on 4/16/08 to:

**Deborah E Johnson**

**Gerald D. Johnson**
Post Office Box 4448
Carmel, CA 93921-4448