UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH E. JOHNSON & GERALD D. JOHNSON<br><br>Plaintiff(s),<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA<br><br>Defendant(s). | No. C 08 01796 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 21, 2008

_____
Signature

Counsel for  Plaintiffs "pro se"
(Plaintiff, Defendant or indicate "pro se")

FILED
2008 APR 22 P 2: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Proof Of Service**

I, ___Teri Porteous___, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My address is ___2160 California Ave., Ste. B, Sand City, CA. 93955-3172___

On ___04-22-2008___, I personally served a true copy of:

**"CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE" & PROOF OF SERVICE**

On the interested party named below, addressed as follows:

PAMELA COX
HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD 12th FLOOR
ENCINO, CALIFORNIA 91436-2829
Attorneys for Defendant, First Federal Bank of California

[X] By U.S. First Class Mail, at ___Sand City, CA___, I placed such envelope for deposit with the United States Postal Service by placing for collection and mailing on that date following ordinary business practices.

( ) Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04-22-2008___, at ___Sand City, CA.___

___[signature]___
Sign Name

___Teri Porteous___
Print Name

1

Case No. C08 00264 PVT