UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH E. JOHNSON; GERALD D.
JOHNSON

                    Plaintiff(s),                    CASE NO. 08-01796-PVT

                v.

FIRST FEDERAL BANK OF                        NOTICE OF NEED FOR ADR PHONE
CALIFORNIA                                   CONFERENCE

                    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| DEBORAH JOHNSON; GERALD JOHNSON, IN PRO PER | | 831-622-0132 | APRGDJ@CS.COM |
| PAMELA COX | FIRST FEDERAL BANK OF CA | 818-501-3800 | pcox@hemar-rousso.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/1/08        ⊞


Dated: 7/1/08        ⊞                                    _____
                                                         Attorney for Plaintiff

                                                         *Pamela L Cox*
                                                         Attorney for Defendant

Rev 12.05