**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DEBORAH JOHNSON, GERALD JOHNSON,   C 08-1796 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

*vs.*

FIRST FEDERAL BANK OF CALIFORNIA,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for August 19, 2008 has been rescheduled for **September 9, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: July 11, 2008

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK

Copies mailed on 7/11/08 to:

**Deborah E Johnson**

**Gerald Johnson**
Post Office Box 4448
Carmel, CA 93921-4448