UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH E. JOHNSON AND GERALD D. JOHNSON,<br><br>         Plaintiffs,<br>   v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA,<br><br>         Defendant. | Case No.: C 08-01796 PSG<br><br>**ORDER DISMISSING CASE** |

On July 21, 2008, the court ordered Plaintiffs Deborah E. Johnson and Gerald D. Johnson to show cause no later than August 8, 2008 why the above captioned action and another federal action (*Deborah E. Johnson and Gerald D. Johnson v. First Federal Bank of California,* Case No. 08-264) should not be consolidated. ("July 21, 2008 Order to Show Cause"). To date, Plaintiffs have not responded to the order to show cause.

On November 26, 2008, in the underlying action, the court granted Defendant First Federal Bank's motion to dismiss the second amended complaint and judgment was entered in Defendant's favor. Accordingly, the above-captioned action is consolidated and dismissed.

Dated:    December 29, 2010

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1  Copies of order mailed on December 29, 2010 to the following:

2  Deborah E. Johnson
   PO Box 4448
3  Carmel, CA 93921-4448

4  Gerald D. Johnson
   PO Box 4448
5  Carmel, CA 93921-4448

6

7                                                          _____EHP_____
                                                           Chambers of
                                                           U.S. Magistrate Judge Paul S. Grewal
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*